UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 19729
  JACOBY BROOKS

                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

          Debtor
  SSN XXX-XX-7392

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

      1.  The case was filed on 07/30/08 .

      2.  The case was dismissed without confirmation, 12/05/2008.

      3.  The Debtor paid a total of $   2030.00 .

      4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOMEQ SERVICING CORP | CURRENT MORTG | .00 | .00 | .00 |
| HOMEQ SERVICING CORP | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| LITTON LOAN SERVICING IN | SECURED | .00 | .00 | .00 |
| COOK COUNTY TREASURER | SECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| LAKE COUNTY COLLECTOR | SECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED VEHIC | .00 | .00 | 500.00 |
| CONSUMER FINANCIAL SERVI | SECURED | NOT FILED | .00 | .00 |
| CHICAGO DEPARTMENT OF RE | PRIORITY | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHECK INTO CASH | UNSECURED | NOT FILED | .00 | .00 |
| CHECK INTO CASH | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE GUARANTEE SER | UNSECURED | .00 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SAMS CLUB | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |
| ALL CREDIT LENDERS | UNSECURED | NOT FILED | .00 | .00 |
| CHARTER ONE BANK NA | UNSECURED | NOT FILED | .00 | .00 |
| BARCLAYS BANK DELAWARE | UNSECURED | NOT FILED | .00 | .00 |

          Summary of disbursements:
------------------------------------------------------------------------

|                    | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL   |
|--------------------|---------|----------|-----------|-------|---------|
| TOTAL CLMS ALLOWED | .00     | .00      | .00       | .00   | .00     |
| PRINCIPAL PAID     | 500.00  | .00      | .00       | .00   | 500.00  |
| INTEREST PAID      | .00     | .00      | .00       | .00   | .00     |
| TOTAL PAID         | 500.00  | .00      | .00       | .00   | 500.00  |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC     , was allowed $   3500.00
and was paid $    141.00  direct and $    971.52  through the plan.

The Trustee received $     83.48 .

Refunds to the Debtor totaled $    475.00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 03/12/09                /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE